UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT KINCH,<br><br>            Plaintiff,<br><br>    vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>            Defendant. | Case No.: 2:16-cv-00863-GMN-VCF |

**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff Robert Kinch has failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service as to Defendant Las Vegas Metropolitan Police Department pursuant to Fed. R. Civ. P. 4(m).

IT IS THEREFORE ORDERED that the action is hereby dismissed without prejudice as to Defendant Las Vegas Metropolitan Police Department.

IT IS FURTHER ORDERED that the Clerk of Court is instructed to CLOSE this case.

**DATED** this __25__ day of January, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court